**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jorge GOMEZ–GOMEZ, also known as Jose L. Lopez, Defendant–Appellant.**

**No. 05–41461.**

United States Court of Appeals,
Fifth Circuit.

Feb. 11, 2008.

John Richard Berry, James Lee Turner, Asst. U.S. Attys., Tony Ray Roberts (argued), Houston, TX, for U.S.

Marjorie A. Meyers, Fed. Pub. Def., Margaret Christina Ling (argued), Asst. Fed. Pub. Def., Phiip G. Gallagher, Houston, TX, for Gomez–Gomez.

Before JONES, Chief Judge, and JOLLY, DAVIS, SMITH, WIENER, BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD and SOUTHWICK, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.